UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDON LEE ARNOLD,

       Petitioner,

                                                  Case No. 1:11-cv-840

v.

                                                  HONORABLE PAUL L. MALONEY

CARMEN PALMER,

       Respondent,
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation (ECF No. 24) filed by United States Magistrate Judge Phillip J. Green in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that the habeas corpus petition is **DENIED** for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED.**

**This action is terminated.**

Date:  August 22, 2016                                        /s/ Paul L. Maloney
                                                                       Paul L. Maloney
                                                                       United States District Judge