UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDON LEE ARNOLD,

       Petitioner,

                                Case No. 1:11-cv-840

v.

                                HONORABLE PAUL L. MALONEY

CARMEN PALMER,

       Respondent,
_____/

**JUDGMENT**

Having issued an order adopting a report and recommendation and denying the petition for writ of habeas corpus, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered. A notice of appeal must ordinarily be filed within 30 days from the entry of this judgment under Fed. R. App. P. 4(a).

Date:  August 22, 2016                                  /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                 United States District Judge